Case 1:26-cv-00013   Document 6   Filed 01/15/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JUAN GABRIEL MUNOZ PADILLA**, | § § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. **1:26-cv-013** |
| **PAMELA JO BONDI**, in her official capacity, United States Attorney General, *et al.*, | § § § § § | |
| Respondents. | § § | |

## ORDER

Before the Court is Petitioner Juan Gabriel Munoz Padilla's "Petition for Writ of Habeas Corpus" (Munoz Padilla's "§ 2241 Petition"). Dkt. No. 1. Munoz Padilla, a citizen of Mexico, claims that his detention violates the Immigration and Nationality Act ("INA"); the Fifth Amendment's Due Process Clause; and the Administrative Procedure Act. *Id.* at 4, 12–19. It does not plainly appear from the § 2241 Petition that Munoz Padilla is not entitled to the requested relief.

Munoz Padilla's allegations, taken together, suffice to raise genuine questions as to whether his continued detention violates federal law and the United States Constitution. Therefore, the Court must "forthwith award the writ [of habeas corpus] or issue an order directing the respondent to show cause why the writ should not be granted." 28 U.S.C. § 2243. "The writ, or order to show cause shall be directed to the person having custody of the person detained," and must be returned within three days unless good cause exists to require additional time, not to exceed twenty days. *Id.*

The United States Supreme Court has made clear that for the purposes of a habeas corpus petition under 28 U.S.C. § 2241, the only proper respondent is the immediate

custodian of the petitioner with the ability to produce the petitioner before the Court. *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). The Court, then, notes that the proper respondent is the custodial officer of the facility where Munoz Padilla is detained. *See id.*

Here, Munoz Padilla is held at the El Valle Detention Facility ("El Valle") in Los Fresnos, Texas. Dkt. No. 30 at 4. Munoz Padilla's custodian then, would appear to be the custodial officer of El Valle. *Rumsfeld v. Padilla*, 542 U.S. 426, 440 n.13 (2004) (noting that "the proper respondent [in a § 2241 habeas action] is the person responsible for maintaining...the custody of the prisoner."); *see e.g. David v. Venegas*, No. 1:25-cv-00136, Dkt. No. 7 at 1–2 (S.D. Tex. 2025) (Torteya, J.) (directing the Clerk of Court to substitute Venegas for El Valle Detention Facility as the proper respondent in a § 2241 habeas action).

It is **ORDERED** that Venegas has **20 days** from the service of the § 2241 petition to state why the writ of habeas corpus should not issue. If Munoz Padilla chooses to file a reply or other response to the Venegas's response, he must do so within **15 days** of receiving the Venegas's response. If Venegas is no longer the custodial officer for El Valle, the Government shall inform the Court of who is the proper respondent.

**SO ORDERED.**

SIGNED on this **15th** day of **January, 2026**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**